# UNITED STATES DISTRICT COURT
for the
District of Columbia

In the Matter of the Search of ) 
*(Briefly describe the property to be searched or identify the person by name and address)* )
ONE U.S. POSTAL PARCEL THAT IS LOCATED AT THE ) Case No. 22-SW-38
WASHINGTON, D.C. PROCESSING AND DISTRIBUTION )
CENTER IN WASHINGTON, D.C. )
UNDER RULE 41 )

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

See Attachment A

Located in the **District of Columbia**, there is now concealed *(identify the person or describe the property to be seized):*

CONTRABAND CONTROLLED SUBSTANCES

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) - Drug Trafficking; 21 U.S.C. § 843(b) - Drug Trafficking by Mail; 21 U.S.C. § 846 - Drug Trafficking Conspiracy. | |

The application is based on these facts:
See Affidavit in Support of Application for Search Warrant.

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Brian Harris, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
Telephone *(specify reliable electronic means)*.

Date: 2/18/2022

*Judge's signature*

City and state: Washington, D.C.    Zia M. Faruqui
United States Magistrate Judge

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means    ☑ Original    ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched or identify the person by name and address)*<br>ONE U.S. POSTAL PARCEL THAT IS LOCATED AT THE WASHINGTON, D.C. PROCESSING AND DISTRIBUTION CENTER IN WASHINGTON, D.C.<br>UNDER RULE 41 | Case No. 22-SW-38 |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____District of Columbia_____.
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A (incorporated by reference).

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

CONTRABAND CONTROLLED SUBSTANCES

**YOU ARE COMMANDED** to execute this warrant on or before   March 04, 2022   *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   Zia M. Faruqui   .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   2/18/2022                             _____
                                                              *Judge's signature*

City and state:   Washington, D.C.                            Zia M. Faruqui
                                                              United States Magistrate Judge

AO 93C  (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| **Return** | | |
|---|---|---|
| Case No.: <br> 22-SW-38 | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name(s) of any person(s) seized: | | |

| **Certification** |
|---|
| <br>     I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge. <br><br><br> Date: _____ <br><br>                          *Executing officer's signature* <br><br>                           *Printed name and title* |

**Attachment A**

*Property to be searched*

The item to be searched is specifically identified as the following parcel:

| Subject Parcel | Express (E) or Priority (P) and Tracking ID number | From: Name and Address | To: Name and Address |
|---|---|---|---|
| 1. | (P) 9405 5362 0530 9886 4284 81 | Mylar Bags<br>Jasiel Estevez<br>1043 S Westmoreland Ave, Apt 3<br>Los Angeles, CA 90006-5857 | Richard Winchester<br>3271 Stanton Rd, SE<br>Washington, DC 20020-2942 |

The aforementioned parcel is currently located at the Washington, D.C. Processing and Distribution Center at 900 Brentwood Road NE, in Washington, D.C. 20066.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN THE MATTER OF THE SEARCH OF:** **ONE U.S. POSTAL PARCEL THAT IS LOCATED AT THE WASHINGTON, D.C. PROCESSING AND DISTRIBUTION CENTER IN WASHINGTON, D.C. UNDER RULE 41** | Case No. 22-SW-38 UNDER SEAL |

**AFFIDAVIT IN SUPPORT OF APPLICATION**
**FOR A SEARCH WARRANT FOR U.S. POSTAL PARCEL**

Your Affiant, Brian Harris, United States Postal Inspector, Washington DC, being duly sworn, hereby deposes and states as follows:

**I.     Subject Parcel**

1.     This is an Affidavit submitted in support of an application for a search warrant for one (1) subject U.S. Mail Parcel (hereinafter, the "Subject Parcel"). The Subject Parcel is currently located at the Washington, D.C. Processing and Distribution Center at 900 Brentwood Road NE, in Washington, D.C. 20066. Based on the facts set forth below, I submit there is probable cause to believe that the Subject Parcel contains evidence of violations of 21 U.S.C. §§ 841(a)(1) (drug trafficking), 843(b) (drug trafficking by mail), and 846 (drug trafficking conspiracy). The Subject Parcel is specifically identified as follows:

| SubjectParcel | Express (E) or Priority (P) and Tracking ID number | From: Name and Address | To: Name and Address |
|---|---|---|---|
| 1. | (P) 9405 5362 0530 9886 4284 81 | Mylar Bags Jasiel Estevez 1043 S Westmoreland Ave Apt 3 Los Angeles, CA 90006-5857 | Richard Winchester 3271 Stanton Rd SE Washington, DC 20020-2942 |

1

2. The facts set forth in this Affidavit are based on my personal knowledge as well as that of other law enforcement officers involved in this investigation. All observations that were not made personally by me were relayed to me by persons with personal knowledge. This Affidavit contains only that information which is necessary to establish probable cause to support the requested search warrant. It is not intended to include each, and every fact observed by or made known to law enforcement.

## II.   Affiant's Training and Experience

3. Your Affiant, Brian Harris, has been a United States Postal Inspector since October 2018, and is a graduate of the Federal Law Enforcement Training Center ("FLETC") in Glynco, Georgia. Your Affiant has received training in conducting criminal investigations of violations of the United States Code. I am presently assigned to the District of Columbia and District of Maryland Contraband Interdiction and Investigations ("CI2") Team. Prior to my employment as a Postal Inspector with the United States Postal Inspection Service ("USPIS"), I was employed with the Office of Inspector General for the U.S. Department of Health and Human Services ("HHS-OIG") as a Special Agent for eight years, between 2010 and 2018. Prior to my employment with HHS-OIG, I was employed with the Diplomatic Security Service of the U.S. Department of State as an Intelligence Research Specialist. I have led, conducted, and/or participated in over thirty (30) criminal investigations of violations of Federal laws involving fraud, theft, and narcotic(s). As a result of your Affiant's training, your Affiant is aware that Priority Mail Express and Priority Mail services are regularly used by narcotics traffickers to ship controlled substances and bulk cash through the U.S. Mail.

4. Based upon my training and experience in the field of narcotic interdiction through the mail, I know that there are suspicious characteristics common to many packages that contain

narcotics, controlled substances, or the proceeds thereof (*i.e.* U.S. currency). These factors, more fully detailed below, are used to identify packages requiring further investigation. In the case of this search warrant, several of these factors were identified in relation to the Subject Parcel, which was also alerted to by a drug detection canine. The most common factors or suspicious characteristics routinely observed in the course of screening packages are as follows:

      a.    *Contrasts observed between legitimate business parcels and drug parcels*: As an alternative to First Class Mail (which does not provide a customer with the capability to track the progress of a parcel through the system), the U.S. Postal Service offers Priority Mail Express and Priority Mail. Priority Mail Express is guaranteed (money back) to be delivered on a set date and time, usually overnight (that deadline is determined at the time of mailing). The customer receives a receipt with this guaranteed information, and the sender can opt for a signature requirement at delivery or not. Customers can track the parcel online by its distinct Priority Mail Express tracking number. The weight of the package and the distance traveled are the two main factors in setting the price. Priority Mail Express costs more than Priority Mail. Priority Mail has a delivery service standard of 1-3 business days, but delivery within that time period is not guaranteed. Priority Mail is a less expensive alternative to Priority Mail Express, but still provides the ability to track a parcel. Legitimate businesses using Priority Mail Express typically have a business or corporate account visible on the mailing label, which covers the cost of the mailing. In contrast, a drug distributor will pay for the cost of mailing the package at the counter by using cash or a credit card. Business Priority Mail Express parcels typically weigh no more than 8 ounces, and business Priority Mail parcels typically weigh no more than 2 pounds. Drug packages typically exceed these weights. Address labels on business parcels are typically typed, whereas those on drug packages are typically handwritten. In your Affiant's experience, it is fairly easy to separate

out smaller parcels, which constitute 70% to 80% of all Priority Mail Express and Priority Mail parcels, from other, heavier parcels. Typically, drug traffickers use Priority Mail Express, and will opt out of the requirement of obtaining a signature upon delivery.

    b. *Invalid Sender/Return Address*:  When drugs are shipped through the mail, the senders generally do not want them back. To distance themselves from parcels containing drugs, often the return addresses and the names of senders are fictitious or false. A fictitious or false address is anything from an incorrect zip code, to a non-existent house number or street. The name of the sender is also typically invalid in one of several ways. Your Affiant has seen packages sent by persons with names of celebrities, cartoon characters, or fictional names. More often a search of a law enforcement database reflects that there is no association between the name of the sender and the address provided.

    c. *Invalid Recipient/Address*:  It would be counter-productive to put the wrong receiving address on a package, but often the named recipient is not actually associated with the receiving address. This allows the person receiving the package to claim that they did not know about its contents. Sometimes drug packages are addressed to vacant properties with the expectation that the postal carrier will just leave it at the address. The intended recipient will then retrieve it from that location and hope to remain anonymous.

    d. *Location of Sender*:  The fact that a package was sent from a narcotics source state such as Arizona, California, Texas, Nevada, Washington, Colorado, Puerto Rico and Florida (among others, including countries such as China, Netherlands, and various African nations) can also indicate that the parcel contains controlled substances.

    e. *Smell*:  The odor of cocaine, marijuana, and methamphetamine are distinct, and experienced postal inspectors are familiar with these odors. On occasion, a parcel will emit an

odor that is easily recognized without the assistance of a canine. Other smells that suggest that a parcel may contain narcotics include the aroma of masking agents. Common masking agents used in an attempt to thwart detection by law enforcement and canines typically include dryer sheets, coffee, mustard, and any other substance that releases a strong smell.

    f. *Heavy Taping*:  Heavily taped parcels are another factor that will suggest a drug parcel because narcotics parcels are heavily taped in an effort to keep the smell inside and to forestall easy checking on the interior contents by lifting up a flap. For this reason, your Affiant has also observed excessive glue on the flaps of narcotics parcels as well.

    g. *Click-N-Ship*:  The U.S. Postal Service created Click-N-Ship as a service for frequent mailers and businesses who prefer printing address labels and purchasing postage from their residence or business. Drug traffickers create Click-N-Ship accounts as a means of giving a legitimate appearance to their drug mailings. They create the accounts using fictitious account information and often provide pre-paid credit cards as a means of payment, which are difficult to track. Drug traffickers often use legitimate business return addresses in states other than traditional source states such as those listed above as a means to deter detection as these other states are not usually considered "source" states for controlled substances. The postage labels are printed/typed, unlike the typical drug related mailing label which is handwritten.

    h. It is your Affiant's experience that when all or a combination of these factors are observed, a drug detection canine will likely "alert" next to the parcel, indicating that the dog has detected the odor of narcotics. As a result, these factors become a reliable way to profile the parcels being shipped every day.

### III. Probable Cause

5.  The following factors or suspicious characteristics are present in the Subject Parcel:

| Subject Parcel Express or Priority | From Source State: | Weight: | Label: | Senders name associated with address? Yes / No | Recipients name associated with address? Yes / No | Canine Alert? |
|---|---|---|---|---|---|---|
| 1. Priority | Yes – CA | 2 lbs. 4 oz | Typed | Yes | Yes | Yes (Kuno) |

6.  The suspicious characteristics listed above were identified while the Subject Parcel was in the mail stream, including the use of law enforcement and other databases to make determinations about associations between senders/recipients and the addresses listed on the parcels.

7.  Your Affiant also learned of an ongoing criminal investigation being conducted by the Metropolitan Police Department ("MPD") into narcotics and firearms activity conducted by the addressee (hereinafter, the "Target Subject") listed on the Subject Parcel and at the destination address of the Subject Parcel (hereinafter, the "Target Premises"). Specifically, on January 26, 2022, law enforcement conducted an undercover purchase of controlled substances from the Target Subject in and around the 1500 block of Alabama Avenue SE, Washington, D.C., which is in close proximity to the Target Subject's residence at the Target Premises. In addition, on January 26, 2022, law enforcement executed D.C. Superior Court Search Warrant No. 2022 CSWSLD 000207 at 3271 Stanton Road SE, Washington, D.C., the Target Premises, during which law enforcement discovered evidence of the distribution of controlled substances and the unlawful possession of a firearm and ammunition, including but not limited to the following: (1) a loaded Glock Model 23

firearm, with a damaged serial number, a laser sight, and a Glock switch; (2) ammunition and a drum magazine; (3) a large quantity of marijuana; (4) marijuana packaging materials; (5) digital scales; (6) a money counting machine; (7) a large sum of U.S. Currency; (8) a quantity of oxycodone; and (9) a quantity of crack cocaine.

8. On February 1, 2022, the Subject Parcel was removed from the mail stream and law enforcement used standard protocol for canine detection to determine whether there was probable cause that the Subject Parcel contained narcotics. The Subject Parcel was individually placed in the paneling of the rear driver's side door of an empty law enforcement vehicle on February 4, 2022. At that time, narcotic detection canine, Kuno[1], was brought forward to scan the vehicle. The canine handler for Kuno, Forest Heights Police Department Officer Khari Grooms, observed Kuno alert to the odor of narcotics and then informed your Affiant of the result.

9. Your Affiant submits that based upon the above indicators reflected in the Subject Parcel described herein, based upon my training and experience, based upon the criminal narcotics investigation regarding the Target Subject and the Target Premises, and based upon the alert of the trained canine on the Subject Parcel, I believe there is probable cause that the above-described Subject Parcel contain narcotics or controlled substances.

---

[1] Kuno was most recently certified in March 2021, to alert on odors of marijuana (THC), cocaine, "crack" cocaine, heroin, ecstasy (MDMA), and methamphetamine and is trained to ensure his accuracy. Officer Khari Grooms, Forest Heights Police Department is the handler for Kuno.

## VI. Conclusion

10. Based on the forgoing, I request that the Court issue the proposed search warrant.

Respectfully submitted,

_____
Brian Harris
U.S. Postal Inspector
U.S. Postal Inspection Service

Affidavit submitted by email and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 41(d)(3) this 18th day of February 2022.

_____
HONORABLE ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE